```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
VOTERS FOR ANIMAL RIGHTS,

                Plaintiff,                               JUDGMENT
                                                         19-CV-6158 (MKB)
        v.

D'ARTAGNAN, INC. and D'ARTAGNAN LLC,

                Defendants.
----------------------------------------------------------- X
```

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 25, 2021, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated July 15, 2020, dismissing this action; it is

ORDERED and ADJUDGED that this action is dismissed.

Dated: Brooklyn, NY  
March 26, 2021

Douglas C. Palmer  
Clerk of Court

By:   /s/*Jalitza Poveda*  
Deputy Clerk